# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GLUE WILKINS, | : | No. 155 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HON. RICHARD A. LEWIS, PRESIDENT JUDGE, 12TH JUDICIAL DISTRICT, | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2020, the Application for Leave to File Original Process is GRANTED, and the "King's Bench Matters" is DENIED. The Prothonotary is DIRECTED to strike the jurist's name from the caption.